UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MICHAEL GRAVEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRIS J. ULRICH, et al.,<br><br>　　　　　Defendants. | Case No. CV 15-00219 PSG (RAO)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, all of the other records and files herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections to the Report has passed, and no objections have been filed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　IT IS ORDERED that Plaintiff's complaint is dismissed without prejudice for failure to prosecute and to comply with Court orders.

DATED: 2/12/16_　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE